# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21-231 |
| v. | (18 U.S.C. § 641) |
| MICHAEL PIERCE | |

## INDICTMENT

## COUNT ONE

The grand jury charges:

From on or about October 14, 2018, to on or about September 14, 2019, in the Western District of Pennsylvania, the defendant, MICHAEL PIERCE, did embezzle, steal, purloin, and knowingly convert to his own use money and a thing of value of the United States, that is United States currency exceeding $1,000.

In violation of Title 18, United States Code, Section 641.

A True Bill,

_____
Foreperson

_____
STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108

FILED
MAY 25 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

1